IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
_____ DIVISION

LESLIE MAHONEY                                          PLAINTIFF

v.                    NO. CV 2015-252-1

J. C. PENNEY CORPORATION, INC.                          DEFENDANT



## COMPLAINT

Comes now the Plaintiff, LESLIE MAHONEY, by and through her attorneys, The Law Offices of Peter Miller, P.A., and for her cause of action against the Defendant, J. C. PENNEY CORPORATION, INC., a Delaware business corporation, states and alleges as follows:

1. The Plaintiff is a resident of Beebe, White County, Arkansas, and was at the time of the personal injuries complained of and set forth in this Complaint.

2. The Defendant is a Delaware business corporation doing business in White County, Arkansas, with places of business located in White County, Arkansas, and may be served with process by serving its registered agent for service of process, The Corporation Company, 124 W. Capitol Avenue, Suite 1900, Little Rock, Arkansas, 72201.

3. The personal injuries complained of and set forth in this Complaint at Law occurred and took place in Searcy, White County, Arkansas.

4. This Court has jurisdiction over the parties and subject matter herein, and venue is proper.

### Facts

5. The Plaintiff states that on or about December 9, 2012, she was an admitted business invitee of the Defendant at the J. C. Penney Store in Searcy, White County, Arkansas, and as a

business invitee of the Defendant, was upon the premises controlled, maintained, operated and possessed by the Defendant.

6. The Plaintiff states that on or about that on or about December 9, 2012, while she was upon the premises of the Defendant, she slipped and fell with great force and violence on an unmarked wet floor in the women's bathroom. Upon information and belief, the floor was wet because it had just been mopped, but no warnings had been placed.

## Claims and Demand for Relief

7. The Plaintiff states her personal injuries and damages were due to the careless, intentional, negligent, willful and unlawful acts on the part of the Defendant, said careless, intentional, negligent, willful, and unlawful acts being as follows:

   a. The Defendant carelessly, negligently, and willfully mopped the women's restroom, that has tile floors, on the premises controlled, maintained and operated by the Defendant, and the wet tile floor caused the Plaintiff to slip and fall with great force and violence.

   b. The Defendant carelessly, negligently, and willfully failed to put out warnings to alert the Plaintiff of the wet and slippery condition of the restroom floor.

   c. The Defendant carelessly and negligently failed to use ordinary care to maintain its women's bathroom floor and premises in a reasonably safe condition.

   d. The Defendant carelessly and negligently failed to warn its business invitees and patrons, and more particularly, the Plaintiff, of the slippery conditions of the bathroom floor, and knew or reasonably should have known that the failure to warn the Plaintiff, would result in her injuries and damages as hereinafter set out.

   e. The Defendant carelessly and negligently failed to mark the bathroom floor with cones, placards, or other barricade devices and protect its business invitees and patrons, and more particularly the Plaintiff, from the wet bathroom floor and knew or reasonably should have known that the failure to mark the bathroom and entry way with cones, placards, or other barricade devices would result in injuries to its business invitees and patrons, and more particularly, to the Plaintiff, as hereinafter set out.

8. The Plaintiff states that on said date an implied contract existed between the Defendant and the Plaintiff to safeguard and protect the Plaintiff from injuries and that by reason of the Plaintiff's injuries the Defendant breached its implied contract with the Plaintiff.

9. The Plaintiff states the aforesaid acts on the part of the Defendant were the efficient proximate cause of the injuries and damages as hereinafter set out and were occasioned by no fault on the part of the Plaintiff.

10. The Plaintiff states that when she slipped and fell, she struck the stall and floor with great force and violence, and that the bones, muscles, flesh, and nerves in and about her face, shoulder, and knee were injured, sprained and damaged, and that her entire nervous system was shocked and injured, all of which resulted in great pain and anguish, both mental and physical. The Plaintiff states that her injuries are permanent all to her great damage.

11. The Plaintiff states that by reason of the personal injuries sustained by her, she has been caused to be under the care of physicians and other health service providers, and has been required to incur expenses for her medical care, including but not limited to medical physicians, hospitals, physical therapy, medicines and treatments. These charges were reasonable and were the usual and customary charges made for such services at the time said expenses were incurred. The Plaintiff states that as a result of the injuries sustained by her, there is a reasonable probability she will require future medical care and treatment, and will continue to incur future and necessary expenses for her medical care and treatment.

12. The Plaintiff states that at the time of her injuries, she missed work and lost wages.

13. The Plaintiff states that by reason of her injuries as herein above set out, both past and future, pain and suffering, both mental and physical, past and future, medical physicians,

hospital, physical therapy, medicine expenses, both past and future, she is entitled to recover of and from the Defendant an amount in excess of the jurisdictional limits of this court and in excess of the amount required by federal court jurisdiction in diversity of citizenship cases in a sum to be determined by the trier of facts exclusive of interest and costs.

14. The Plaintiff states the careless, intentional, negligent, willful and unlawful acts of the Defendant, as herein above set out, showed an utter indifference to or conscious disregard for the safety of others, which the Defendant knew or ought to have known in light of surrounding circumstances, would naturally and probably result ill harm, injuries and damage, and that such conduct was committed in reckless disregard of the consequences and that by reason thereof, the Plaintiff is entitled to have and recover from the Defendant punitive damages in the amount in excess of the jurisdictional limits of this court and in excess of the amount required by federal court jurisdiction in diversity of citizenship cases in a sum to be determined by the trier of facts exclusive of interest and costs.

15. The Plaintiff demands a trial by jury of all issues so triable.

WHEREFORE, premises considered, the Plaintiff prays she have and recover judgment of and from the Defendant in a sum to be determined by the trier of facts in an amount in excess of the jurisdictional limits of this court and in excess of the amount required by federal court jurisdiction in diversity of citizenship cases in a sum to be determined by the trier of facts exclusive of interest and costs, and for all other and further relief to which she may be entitled.

Respectfully submitted,
THE LAW OFFICES OF PETER A. MILLER
1601 Broadway
Little Rock, Arkansas 72206
(501) 374-6300
FX: (501) 374-1244
jvirden@petermillerlaw.com

By: _/s/ Jessica Virden_
Jessica Virden
Ark. Bar No. 2011050