IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LESLIE MAHONEY**                                                                                           **PLAINTIFF**

**v.**                            **Case No.  4:15-cv-00444 KGB**

**J.C. PENNEY CORPORATION, INC.**                                                    **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal (Dkt. No. 11).  The stipulation states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree that this action should be dismissed with prejudice.  Based on the stipulation, the Court dismisses with prejudice this action.  As this case has settled, it is removed from the trial calendar for the week of August 8, 2016.

SO ORDERED this 12th day of January, 2016.

_____
Kristine G. Baker
United States District Judge